IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE APPLICATION OF RICARDO IV MONTILLA | 8:19CV549<br><br>**ORDER** |

IT IS ORDERED that Applicant's Unopposed Motion to Extend Deadline (Filing No. 7) requesting a two-week extension of all relevant deadlines is granted. The deadlines are amended as follows:

1. On or before January 20, 2020, applicant Ricardo IV Montilla shall provide a copy of the application and a copy of this Memorandum and Order to the relevant foreign tribunal(s), including the Contentious-Administrative Court of the Capital Region of Venezuela ("Venezuela Court"), and shall file a certificate of service stating when, how, and upon whom the application and order were served.

2. Should the Venezuela Court wish to advise this Court on its position or any concerns with permitting the discovery in the application, it may convey this information by mail to Robert F. Rossiter, Jr., United States District Court Judge, 111 South 18th Plaza, Suite 3141, Omaha, Nebraska 68102. Any such correspondence must be sent by February 19, 2020. This Court will file any correspondence received from the Venezuela tribunal.

3. On or before February 4, 2020, Ag Processing Inc. shall file their response to the application.

4. On or before February 18, 2020, Montilla may file a reply to Ag Processing's response.

Dated this 6th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge