IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In Re:

RICARDO MONTILLA, IV,

    Applicant.

8:19CV549

ORDER

After reviewing Montilla's Motion for Leave to File Response, (Filing No. 19) and its accompanying proposed brief, and AG Processing, Inc.'s objection to that motion, (Filing No. 20),

IT IS ORDERED:

1)     AG Processing's objection, (Filing No. 20), is overruled.

2)     Montilla's motion, (Filing No. 19), is granted, and Montilla shall separately file his brief in response to AG Processing's Sur-Reply, a copy of which is attached to Montilla's motion, on or before April 2, 2020.

3)     This matter will be deemed fully submitted on April 3, 2020.

Dated this 30th day of March, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge