IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | **8:19CV549** |
| Application of RICARDO IV MONTILLA, | **ORDER** |
| Applicant. | |

The court denied Montilla's Application for discovery under 28 U.S.C. § 1782, (Filing No. 1), on May 21, 2020. (See Filing No. 23). The deadline to appeal that order has now elapsed, and no appeal has been filed. The court finds that there is no further action necessary in this matter, and the Clerk is directed to terminate this case.

Dated this 1st day of July, 2020.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge